| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Chern Law, LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: (973) 453-2838<br>Fax: (973) 453-2869<br>sjg@uprightlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on July 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kyle Cimiotti and Joyce Cimiotti | Case No.: 19-17172<br><br>Adv. No.:<br><br>Hearing Date: 7/18/2019<br><br>Judge: VFP |

### Order Granting Motion to Modify Claim

The relief set forth on the following pages, numbered two (2) through 2    is hereby **ORDERED**.

**DATED: July 29, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

...

Case No.:  19-17172
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Kyle Cimiotti and Joyce Cimiotti, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §502, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted

2. Claim No. 3 filed by the Internal Revenue Service is modified to reflect to be a final claim

3. The Amount of the claim is hereby modified to a total of $5125.95, to be paid as a Priority claim, as follows:

    2015 - $2849.95

    2017 - $1942.00

    2018 - $ 334.00

Case No.:  19-17172
Case Name:

..........